IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LORI NICHOLS,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

    v.                                      Case No. 15-cv-58-wmc

GFS II LLC d/b/a GATEWAY FINANCIAL
SOLUTIONS and SCHISLER LAW, P.L.C.,

        Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Lori Nichols against defendant Schisler Law, P.L.C. in the amount of $40,000.00.

_____s/ A. Wiseman, Deputy Clerk_____        _____July 8, 2015_____
      Peter Oppeneer, Clerk of Court                      Date